# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

RAMON GUTIERREZ-TEJEDA,
  aka Ramon Gutierrez

)
)
)
)
)
)

CR. S 06-024 DFL

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( **X** ) Ad Prosequendum                     ( ) Ad Testificandum.

Name of Detainee:       RAMON GUTIERREZ-TEJEDA

Detained at (custodian):      SOLEDAD NORTH CORRECTIONAL TRAINING FACILITY

Detainee is:   a.)     ( ) charged in this district by:
                 (X) Indictment            ( ) Information      ( ) Complaint
                 Charging Detainee With:  **Deported Alien Found in the United States**

    or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)     ( ) return to the custody of detaining facility upon termination of proceedings
    or     b.)     (**X**) be retained in federal custody until final disposition of federal charges, as a sentence
is                currently being served at the detaining facility

*Appearance is necessary FORTHWITH  in the Eastern District of California.*

               Signature:  /s/ Michael M. Beckwith
               Printed Name & Phone No: MICHAEL M. BECKWITH/(916) 554-2797
               Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
        (**X**) Ad Prosequendum             ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further
proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the
above-named custodian.

1/26/06                                /s/ Gregory G. Hollows
Date                               United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | RAMON GUTIERREZ | Male  X | Female |
| Booking or CDC #: | P97655 | DOB: | |
| Facility Address: | Highway 101 North | Race: | |
| | Soledad, CA 93690 | FBI #: | 745004WA3 |
| Facility Phone: | (831) 678-3951 | | |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on _____ by _____

                                     (Signature)

Gutierrez.ord
Form Crim-48                                               Revised 11/19/97