DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAMON GUTIERREZ-TEJEDA                                   **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-06-0024 (DFL) |
| ) | |
| Plaintiff,  ) | STIPULATION AND ORDER TO VACATE |
| ) | TRIAL CONFIRMATION HEARING AND |
| v.  ) | TRIAL DATE AND CONTINUE FOR |
| ) | STATUS/CHANGE OF PLEA HEARING |
| RAMON GUTIERREZ-TEJEDA  ) | |
| ) | |
| Defendant.  ) | |
| ) | Judge: Hon. David F. Levi |
| _____ ) | |

      This case is currently scheduled for a trial confirmation hearing on April 20, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense counsel to review discovery, conduct investigation and to reach a possible disposition in the case.

      The parties, through their respective counsel, hereby stipulate and agree that the trial confirmation hearing and trial date currently scheduled for April 20, 2006, and May 22, 2006, respectively, be vacated and that instead a status conference or change of plea hearing should be held on May 11, 2006. In addition, the parties stipulate that the time period from April 20, 2006 until May 11, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to review discovery, conduct investigation, explore potential disposition and prepare for motions and trial.

      If there is to be a change of plea on May 11, 2006, the parties will submit to the Court the proposed

plea agreement and other relevant documentation in advance of the hearing.

     A proposed order is attached and lodged separately for the court's convenience.

DATED: April 21, 2006

     Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| /s/ Michael Beckwith | /s/ Lexi Negin |
| MICHAEL BECKWITH | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for RAMON GUTIERREZ-TEJADA |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAMON GUTIERREZ-TEJEDA<br><br>  Defendant.<br>_____ | No. CR-06-0024 (DFL)<br><br>Judge: Hon. David F. Levi<br><br>PROPOSED ORDER VACATING TRIAL CONFIRMATION HEARING AND TRIAL DATE, SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed on April 19, 2006, IT IS HEREBY ORDERED that the trial confirmation hearing and the trial date of April 20, 2006, and May 22, 2006, be vacated and that a status conference or change of plea hearing be held on May 11, 2006, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 19, 2006, stipulation, the time under the Speedy Trial Act is excluded from April 20, 2006, through May 11, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 21, 2006

/s/ David F. Levi
DAVID F. LEVI
UNITED STATES DISTRICT JUDGE

2